

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D  +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

December 15, 2020

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Angeles v. Suki Home Parties, LLC: Case No. 1:20-CV-07682-SHS

Dear Judge Stein:

We represent defendant Suki Home Parties, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Jenisa Angeles, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from December 15, 2020 to January 29, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

**The response to the complaint is due by January 29, 2021. The initial pretrial conference is adjourned to January 29, 2021, at 11:00 a.m.**

**Dated: New York, New York
         December 16, 2020**

SO ORDERED:

Sidney H. Stein, U.S.D.J.