**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JENISA ANGELES, on behalf of herself and all
others similarly situated,
                      Plaintiff,

     -against-                                    20 **CIVIL** 7682

                                                    **JUDGMENT**

SUKI HOME PARTIES, LLC,
                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 7, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff Jenisa Angeles and Defendant Suki Home Parties, LLC by and through undersigned counsel, have agreed that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party shall bear their own attorneys' fees, costs, and expenses. Judgment is hereby entered.

**Dated:**  New York, New York
         January 7, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                    **BY:**       K. Mango
                                                      _____
                                                      **Deputy Clerk**